# IN THE SUPREME COURT OF THE STATE OF DELAWARE

TYRONE ANDERSON §
§
 Defendant Below, §  No. 128, 2021
 Appellant, §
§  Court Below—Superior Court
 v. §  of the State of Delaware
§
STATE OF DELAWARE §  Cr. ID No. 1608006981(N)
§
 Plaintiff Below, §
 Appellee. §

Submitted: October 27, 2021
Decided:  October 27, 2021

Before **SEITZ**, Chief Justice; **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices.

## **ORDER**

This 27th day of October 2021, after careful consideration of the parties' briefs and the record on appeal, we find it evident that the final judgment of the Superior Court should be affirmed. Regarding the claim that trial counsel was constitutionally ineffective for failing to object to some of the testimony of Detective Mancuso, we affirm solely on the basis of the second prong of the test in *Strickland v. Washington*, 466 U.S. 668 (1984). Given the strength of the other evidence the prosecution offered at trial, we conclude that the defendant did not suffer prejudice as defined in

*Strickland*[1] as a result of counsel's failure to object.  Otherwise, we affirm on the basis of and for the reasons stated in its April 12, 2021 opinion and order.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Collins J. Seitz, Jr.
Chief Justice

---

[1] See also *Sierra v. State*, 242 A.3d 563, 572 (Del. 2020).